**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 26-00092-MCF** |
| **CARLOS JAVIER OLIVO RIOS** | **CHAPTER 13** |
| **Debtor(s)** | |

**MOTION REQUESTING ORDER TO ALLOW DEBTOR(S) TO RETAIN TAX RELIEF REFUND**

**TO THE HONORABLE COURT:**

**COMES NOW**, Debtor(s), represented by the undersigned attorneys, and very respectfully aver and pray as follows:

1. Debtor(s) filed a Chapter 13 petition on January 16, 2026.

2. Related to the abovementioned petition, Debtor(s) filed a Chapter 13 Plan which provided that Debtor(s) would pay into the plan any proceeds from tax refunds received each year until the end of the bankruptcy case.

3. For the Tax Year 2025, debtor received the amount of $623.00 from the PR Treasury Department for Tax Relief Refund ("Alivio Contributivo").

4. Although Debtor(s) acknowledge that they are required to submit the tax return to the Honorable Trustee, Debtor(s) respectfully request retention of said tax refund as Debtor(s) have had to incur in necessary school expenses and since Debtor only began his bankruptcy case in January, does not have said funds save for school expenses. Evidence has been submitted to Chapter 13 Trustee and can be presented if requested by this Honorable Court or any parties in interest.

5. Furthermore, allowance of this request will not negatively affect the Plan inasmuch as it would still pay unsecured creditors more than what they would receive in a Chapter 7 scenario, securing that all pertinent interests are fully protected.

**WHEREFORE,** Debtor(s) respectfully request that this Honorable Court enter an Order to allow Debtors to retain said tax relief refund as to cover necessary expenses, without the need for a hearing, with any other appropriate relief.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve, and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this August 13, 2026.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**EMG Despacho Legal, C.R.L.**
Edificio Summit Plaza
1738 Calle Amarillo, Box 22
San Juan, Puerto Rico 00926-3054
Tel: (787) 753-0055
Fax: (787) 767-5015
www.quiebraspuertorico.com

**By: /s/*Edgardo Mangual González***
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113
e-mail: lcdomangual@gmail.com

**By: /s/*José L. Jiménez Quiñones***
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

# Welcome EMG Legal Partners, PSC

Step 3 Selection of Title

| | ID | Case Number | Uploaded Date | Original Name | Description | Status |
|---|---|---|---|---|---|---|
| | 341131 | 2600092 | 8/12/2026 5:01:19 PM | CARTAEXPLICATIVA-ALIVIOCONT.pdf | Letters General-UDP | Complete |
| | 341132 | 2600092 | 8/12/2026 5:01:27 PM | EVIDENCIADEFACTURA.pdf | Letters General-UDP | Complete |

Label Matrix for local noticing
0104-3
Case 26-00092-MCF13
District of Puerto Rico
Old San Juan
Tue Jul 7 16:02:18 AST 2026

BANCO POPULAR DE PUERTO RICO (BD)
BERMUDEZ & DIAZ LLP
PO BOX 362708
SAN JUAN, PR 00936-2708

FIRSTBANK PUERTO RICO
PO BOX 9146
SAN JUAN, PR 00908-0146

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

(p)ASOCIACION DE EMPLEADOS DEL ELA
ATTN IRITZA ORTIZ ECHEVARRIA
PO BOX 364508
SAN JUAN PR 00936-4508

AFFIRM
ATTN BANKRUPTCY
650 CALIFORNIA ST FL 12
San Francisco, CA 94108-2716

ALIGHT SOLUTIONS
JUNTA DE RETIRO PLAN 106
PO BOX 194533
San Juan, PR 00919-4533

ASOCIACION MIEMBROS DE LA POLICIA PR
PMB 298
B5 CALLE TABONUCO STE 216
Guaynabo, PR 00968-3022

ASOCIACION MIEMBROS POLICIA PR
RR 3 BOX 3724
San Juan, PR 00926

ASOCIACION RES MANSIONES DEL CARIBE
MANSIONES DEL CARIBE
175 CALLE OPALO
Humacao, PR 00791

ATT MOBILITY PUERTO RICO
ATT SERVICES INC
ONE ATT WAY ROOM 3A104
BEDMINSTER, NJ 07921-2693

(p)LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
SAN JUAN PR 00936-4267

Affirm Inc
650 California St Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

Amex
PO Box 981537
El Paso, TX 79998-1537

BANCO POPULAR
BANKRUPTCY DIV
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BANCO POPULAR DE PUERTO RICO
BERMUDEZ & DIAZ LLP
P.O. BOX. 362708
SAN JUAN, PUERTO RICO 00936-2708

Banco Popular de Puerto Rico
Attn Bankruptcy
Po Box 362708
San Juan, PR 00936-2708

Banco Popular de Puerto Rico
Po Box 71589
San Juan, PR 00936-8689

Best Buy
PO Box 790441
Saint Louis, MO 63179-0441

CELTIC BANK
268 SOUTH STATE ST SUITE 300
Salt Lake City, UT 84111-5314

Citi
PO Box 6004
Sioux Falls, SD 57117-6004

Citi Card Best Buy
Attn Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Citi Card Best Buy
Po Box 6497
Sioux Falls, SD 57117-6497

Citibank
Attn Bankruptcy Department
PO Box 790046
St. Louis, MO 63179-0046

Citibank
Po Box 6217
Sioux Falls, SD 57117-6217

FIRSTBANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146, SAN JUAN PR 00908-0146

FIRSTBANK
CONSUMER SERVICES CENTER
BANKRUPTCY DIVISION (CODE 248)
P O BOX 9146, SAN JUAN, PR 00908-0146

FIRSTNET
12201 SUNRISE VALLEY DRIVE
MAIL STOP 243
RESTON, VA 20192-0002

First Bank Puerto Rico
Attn Bankruptcy Dept
Po Box 9146
San Juan, PR 00908-0146

First Bank Puerto Rico
Attn; Bankruptcy
PO Box 9146
San Juan, PR 00908-0146

FirstBank PR
Attn Bankruptcy
Po Box 9146
San Juan, PR 00908-0146

GENESYS NATIONAL RECOVERY INC
1901 BASENJI DRIVE
LAKE ALFRED FL 33850-2575

GENESYS NATIONAL RECOVERY INC
AVE ESMERALDA 29
URB MUNOZ RIVERA
GUAYNABO, PR 00969-4476

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

Island Finance
Po Box 71504
San Juan, PR 00936-8604

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KIWI FINANCIAL
151 CALLE SAN FRANCISCO STE 200
PMB 1123
San Juan, PR 00901-1660

KLARNA
PO BOX 1201
Farmington, MO 63640-4128

KLARNA INC
BANKRUPTCY
800 N HIGH ST STE 400
Columbus, OH 43215-1430

LA FAMILIA CASA DE EMPENO
9C LOPEZ FLORES
Caguas, PR 00725-2669

LA FAMILIA CASA DE EMPENO
FFI HOLDINGS PR INC
AVE CAMPO RICO SHOPPING LOCAL 26
Carolina, PR 00985

LUIS R VIVAS ES
URB RIVIERA VILLAGE
137 CALLE CHELSEA
Bayamon, PR 00959-2717

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

PR LOAN FUNDING SPV I LLC
PMB 298 B 5 CALLE TABONUCO
STE 216
GUAYNABO, PR 00968

PREFERRED HOME SERVICES
MANSIONES DEL CARIBE
PO BOX 4069
Bayamon, PR 00958-1069

REINALDO CINTRON FLORES ESQ
PO BOX 4133
Bayamon, PR 00958-1133

SOLIDUS SERVICES LLC
33 CALLE BOLIVIA SUITE 500
San Juan, PR 00917-2012

Synchrony Bank
Po Box 71727
Philadelphia, PA 19176-1727

Synchrony Bank Climate Select
Po Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank Home Dsgn
Attn Bankruptcy
Po Box 71783
Philadelphia, PA 19176-1783

Synchrony Bank Paypal
Attn Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank Rooms to Go
Brankruptcy Dept
PO Box 71783
Philadelphia, PA 19176-1783

WESTSIDE FITNESS CLUB
C11 PLAYERA SUITE 106
SAN JUAN PR 00927

CARLOS JAVIER OLIVO RIOS
URB MANSIONES DEL CARIBE
185 CALLE AQUAMARINA
Humacao, PR 00791-5218

EDGARDO MANGUAL GONZALEZ
Emg Despacho Legal, CRL
Edif. Summit Plaza
1738 Amarillo Street
Ste Box 22
San Juan, PR 00926

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

OSMARIE NAVARRO MARTINEZ
CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AEELA
PO BOX 364508
SAN JUAN, PR 00936

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR 00936

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

(d)LUMA ENERGY
PO BOX 363508
San Juan, PR 00936

(d)LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
SAN JUAN, PR 00936

PENTAGON FEDERAL CREDIT UNION
PO BOX 1432
ALEXANDRIA, VA 22313

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Affirm Inc
Attn Bankruptcy
650 California St Fl 12
San Francisco, CA 94108-2716

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients 61
Bypassed recipients 2
Total 63